CHAPMAN W. AVERY, Respondent, *v.* JAMES H. BLAIR, Appellant.

(Argued April 22; 1887; decided May 10, 1887.)

*John C. Hunt* for appellant.

*T. K. Fuller* for respondent.

Agree to reverse on opinion of Fo    ETT, J., in court below.
All concur.
Judgment reversed.